IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH D. JOHNSON,

    Petitioner,                                    No. CIV S-06-554 MCE CHS P

    vs.

J. YATES, et al.,

    Respondents.                         ORDER

_____/

        Petitioner Keith Johnson is a state prisoner proceeding pro se with a petition for writ of habeas corpus brought pursuant to 28 U.S.C. §2254. On July 27, 2009 a letter was received from petitioner requesting that the court rule on the petition, which has been submitted for judgment since April 24, 2007, when the traverse was filed.

        ACCORDINGLY, IT IS HEREBY ORDERED THAT the petitioner's letter received on July 27, 2009 and docketed by the clerk as a motion is granted to the extent that the court has the petition under advisement and a report will issue as soon as possible.

Dated: July 31, 2009.

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1